

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ramiro Velazquez Banuelos,                    * From the 106th District Court
                                                of Dawson County,
                                                Trial Court No. 23-9153.

Vs. No. 11-24-00304-CR                        * August 29, 2025

The State of Texas,                           * Memorandum Opinion by Trotter, J.
                                                (Panel consists of: Bailey, C.J.,
                                                Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.